JOHN EVERS, Jr., an Infant, by Guardian, Respondent, *v.* JONAS WEIL et al., Appellants.

(Argued October 7, 1892; decided October 25, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made December 31, 1891, which modified, and affirmed as modified, a judgment in favor of plaintiff entered upon a verdict.

*Otto Horwitz* for appellants.

*Jacob Fromme* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

In the Matter of the Estate of PETER CAIN, Deceased.

(Argued October 7, 1892; decided October 25, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made December 31, 1891, which affirmed a final order made by the surrogate of the county of New York, directing a payment by the executors of Peter Cain, deceased, to be made upon a legacy to Sarah Cain under the will of their testator.

*Thomas McMahon* for appellants.

*James O'Neill* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.